# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IMPRESSIONS ADVERTISING
SPECIALITIES, LLC AND JIM C.
WATSON

VERSUS

THE STATE OF LOUISIANA,
THROUGH THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO. 2026 CW 0672

JULY 27, 2026

---

In Re: Impressions Advertising Specialties, LLC and Jim C. Watson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 731011.

---

BEFORE: PENZATO, GREENE, AND FIELDS, JJ.

**WRIT GRANTED.** The portion of the April 22, 2026 judgment, which granted the Motion for Partial Summary Judgment filed by the defendant, the State of Louisiana, through the Department of Transportation and Development ("DOTD"), and dismissed all claims of the plaintiffs, Impressions Advertising Specialties, LLC and Jim C. Watson, arising out of the June 9, 2021 public records request, is reversed. DOTD failed to point out to the court the absence of factual support for one or more elements essential to plaintiffs' claims. See La. Code Civ. P. art. 966(D)(1); **Aucoin v. State Through Terrebonne Levee and Conservation District**, 2025-0879 (La. App. 1st Cir. 4/24/26), -- So.3d ---, 2026 WL 1122119, *2 ("This 'pointing out' must be more than a bare assertion in a motion for summary judgment or brief."). Accordingly, DOTD's Motion for Partial Summary Judgment and requested relief related to the plaintiffs' June 9, 2021 public records request is denied.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT